# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12750

_____

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

*versus*

FRANK BELL,
TYSON RHAME,
JAMES SHAW,

                Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:16-cr-00067-SCJ-CMS-4

_____

ORDER:

      Brian M. Lipshutz's Motion to Withdraw his appearance on behalf of Defendant-Appellant Frank Bell is <u>GRANTED</u>.

      DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION